UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| EDWARD L. BASS, | ) | | |
| | ) | | |
| *Petitioner*, | ) | | |
| | ) | | |
| v. | ) | Nos. | 1:07-CR-141-CLC-SKL-1 |
| | ) | | 1:16-CV-216-CLC |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| *Respondent*. | ) | | |

## **MEMORANDUM OPINION**

Petitioner Edward Bass, a federal prisoner, filed for post-conviction relief pursuant to 28 U.S.C. § 2255 on August 10, 2009 [Doc. 18; E.D. Tenn. Case No. 1:09-cv-212-CLC].[1] The Court denied relief, concluding none of the grounds asserted in Petitioner's original petition provided a viable basis for granting the requested collateral relief [*See generally* Docs. 44, 45]. Petitioner recently submitted another document attacking the same conviction [Doc. 50]. After review, the Court finds the filing to be a successive § 2255 petition.

Under the "Antiterrorism and Effective Death Penalty Act of 1996," Petitioner cannot file a second or successive § 2255 petition in the this Court until he has moved the United States Court of Appeals for the Sixth Circuit for an order authorizing the Court to consider the motion. 28 U.S.C. § 2255(h); *see also In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997). No such order has been received by this Court. Accordingly, the Clerk will be **DIRECTED** to **TRANSFER** the filing [Doc. 50] to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

---

[1] All docket references are to the docket in the underlying criminal case.

An appropriate order shall enter.

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**